UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Nina Abdurakhmanova
                              Plaintiff,

v.                                                    Case No.: 1:21−cv−04809
                                                      Honorable John J. Tharp Jr.

Gold Star Carriers Inc., et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, June 5, 2025:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: In−person status hearing held on 6/5/25. Plaintiff's local counsel Mr. Friedman and defense counsel Ms. To appeared in person. Mr. Kataev, Plaintiff's New York counsel, failed to appear by telephone. A brief off−the−record discussion was held regarding the parties' current settlement positions. There remains a significant monetary gap. Plaintiff has requested documentation about payments made to Plaintiff's decedent and Defendants report that information has been gathered and is ready to be sent to Plaintiff. Defense counsel shall send that documentation to Plaintiff's counsel Mr. Kataev by the end of this week. The Court also orders counsel for both parties to meet and confer by telephone by Wednesday, 6/11/25, about the documentation Defendants will be sending to Plaintiff and about any other information needed for the parties to intelligently assess whether settlement is a realistic possibility in this case. A further in−person status is set for 6/16/25 at 10:00 a.m. in Courtroom 1386 to discuss next steps in this litigation. Plaintiff's out of town counsel may appear by telephone at the next hearing at the following number: Dial 650−479−3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. The parties shall notify the Court's courtroom deputy, Brenda Rinozzi, as soon as possible if they settle the case. Emailed notice (yt)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.