**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Nina Abdurakhmanova
                                  Plaintiff,

v.                                                       Case No.: 1:21–cv–04809
                                                            Honorable John J. Tharp Jr.

Gold Star Carriers Inc., et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 23, 2025:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone status hearing held on 7/23/25 and continued to 7/31/25 at 9:30 a.m. Plaintiff's counsel Mr. Kataev shall appear for that status hearing by telephone unless a stipulation to dismiss is filed before that date or the parties file a joint status report with a firm date for the filing of such a stipulation. The call in number for the continued hearing is 650–479–3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.